266 So.2d 218

Mrs. Nellie Webb WEILAND

v.

G. Harold KING, Jr. and Continental Insurance Company.

No. 52623.

Sept. 19, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.